# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ZEONA T. STEINBERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   No. 3:19-CV-01065 |
| v. | ) |
| | ) |
| **ANDREW SAUL,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is given that Plaintiff/Appellant, ZEONA T. STEINBERGER, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Order entered by U.S. District Judge Barbara B. Crabb on October 14, 2020. Said Order denied Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income with the Social Security Administration, affirming the Commissioner's decision to deny Plaintiff's applications for disability benefits. Plaintiff requests leave to file this Notice of Appeal pursuant to the *In Forma Pauperis* order approved by the District Court on January 1, 2020.

Dated:   October 29, 2020     s/ Barry A. Schultz
                              Barry A. Schultz
                              Attorney for Plaintiff/Appellant

Barry A. Schultz
The Law Offices of Barry A. Schultz, P.C.
1601 Sherman Avenue, Suite 500
Evanston, Illinois 60201
(847) 864-0224
ARDC #: 3128193

## CERTIFICATE OF SERVICE

The undersigned does hereby state under penalty of perjury that on the 24th day of November 2020, I electronically filed the NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which sent notification of the such filing to the following:

Emily Cohn
Assistant Regional Counsel
Social Security Administration
200 West Adams Street 30th Floor
Chicago, Illinois 60606

                                                          s/Maisha Whittington
                                                            Maisha Whittington
                                                            Legal Assistant